IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AYESHA HABEEB-ULLAH, As Surviving Parents of AMARA ISABELLA HABEEB-ULLAH, deceased; and LAVONTAE WILSON, As Surviving Parents of AMARA ISABELLA HABEEB-ULLAH, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>MAYBORN USA, INC., MAYBORN GROUP LIMITED, and MAYBORN (UK) LIMITED,<br><br>Defendants. | CASE NO. CV420-049 |

**O R D E R**

Before the Court is the parties' Stipulation of Voluntary Dismissal. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA